## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 24 CIV. 00104

Date Filed: 1/8/2024

Plaintiff:
**Christopher Pagan, on behalf of himself and all others similarly situated**

vs.

Defendant:
**Luccello, Inc. d/b/a ITSHOT.COM**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on **Luccello, Inc. s/h/a Luccello, Inc. d/b/a ITSHOT.COM**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **23rd day of January, 2024** at **3:15 pm**, I:

served **Luccello, Inc. s/h/a Luccello, Inc. d/b/a ITSHOT.COM** by delivering two true copies of the **Summons in a civil Action, Class Action Complaint, Exhibits A, B, B1, B2, C and Civil Cover Sheet pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Nancy Dougherty** as **Business Document Specialist** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 1st day of February, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, 2026

_____
**Geoffrey Burke**
Process Server

**Meridian Investigations & Security**
48 Davis Avenue
Port Washington, NY 11050

Our Job Serial Number: SRN-2024000542

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r