UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHRISTOPHER PAGAN, *on behalf of himself* :
*and all others similarly situated*, :
:
                               Plaintiff, :        24-CV-104 (VSB)
:
                     -against- :        **ORDER**
:
LUCCELLO, INC., *d/b/a ItsHot.com*, :
:
                             Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on January 5, 2024, (Doc. 1), and filed an affidavit of service on February 13, 2024, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was February 13, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 26, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 20, 2024
             New York, New York

                                                                                                                 VERNON S. BRODERICK
                                                                                                       United States District Judge