**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CHRISTOPHER PAGAN, on behalf of himself and

**Plaintiff(s),**

- against -

LUCCELLO, INC. d/b/a ITSHOT.COM,

**Defendant(s),**
-------------------------------------------------------------X

   24  **Civ.**  00104  ( VSB )

**CLERK'S CERTIFICATE OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** January 5, 2024 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Luccello, Inc. d/b/a ITSHOT.COM **by personally serving** Nancy Dougherty as Business Document Specialist, NYS DEPT. OF S , *and proof of service was therefore filed on* February 13, 2024 *, Doc. #(s)* 6 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

   March 5  , **20** 24

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _____
**Deputy Clerk**