UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                        :

CHRISTOPHER PAGAN, *on behalf of himself* :
*and all others similarly situated*,        :
                        :

               Plaintiff,   :        24-CV-104 (VSB)
                        :

           -against-      :        **<u>ORDER</u>**
                        :

LUCCELLO, INC., *d/b/a ItsHot.com*,   :
                        :

             Defendant.  :
                        :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     The Clerk of the Court has entered a Certificate of Default in this matter.  (Doc. 14.)

Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to

take action in this case within seven (7) days.

SO ORDERED.

Dated:    March 7, 2024
         New York, New York

                                      VERNON S. BRODERICK
                                      United States District Judge