UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   24 Civ. 00104 (VSB)
CHRISTOPHER PAGAN, on behalf of himself and all
others similarly situated,

                      **STATEMENT OF DAMAGES**

                        Plaintiff,

     -against-

LUCCELLO, INC. d/b/a ITSHOT.COM,

                        Defendant.
-------------------------------------------------------------------X

**Compensatory Damages:**

Pursuant to the New York City Human Rights Laws ("N.Y.C.H.R.L.") .................. $1,000.00

**Costs and Disbursements:**

Clerk's Fee ............................................................................................................... $405.00

Process Server Fee for Service ................................................................................ $433.75

Expert Services, Robert L. Moody ..............................................................................$2,500.00

Attorney's Fees
42 U.S.C. § 12205; N.Y.C. Admin. Code 8-502(f)....................................................... $7,285.00

**Total** ...........................................................................................................**$11,623.75**

.