UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PAGAN, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff,*<br>  v.<br><br>LUCCELLO, INC. d/b/a ITSHOT.COM<br><br>        *Defendant.* | **NOTICE OF APPEARANCE**<br><br>1:24-cv-00104-VSB |

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel for defendant LUCCELLO, INC d/b/a ITSHOT.COM.

I certify that I am admitted to practice in this court.

Date: April 2, 2024

                  Law Offices of Michael Chong, LLC

                  /s/ *Michael K. Chong*
                  Michael K. Chong, Esq.
                  *Attorney for Defendant*

                  2 Executive Drive, Ste. 240
                  Fort Lee, NJ 07024
                  Ph#: (201) 947-5200
                  Fx#: (201) 708-6676

                  300 Hudson Street, Ste. 10
                  Hoboken, NJ 07030
                  Ph#: (201) 708-6675
                  Fx#: (201) 708-6676

                  32 East 57th Street, 8th Fl.,
                  New York, NY 10022
                  Ph#: (212) 726-1104
                  Fx#: (212) 726-3104
                  MKC@mkclawgroup.com