UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER PAGAN, on behalf of himself and all others similarly situated,

*Plaintiff,*

v.

LUCCELLO, INC. d/b/a ITSHOT.COM

*Defendant.*

**STIPULATION AND ORDER VACATING DEFAULT AND EXTENDING TIME TO ANSWER**

1:24-cv-00104-VSB

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the default entered against defendant LUCCELLO, INC. d/b/a ITSHOT.COM (hereinafter "Defendant") is hereby vacated, and that the time for Defendant to answer, move or otherwise respond with respect to the Complaint in the above captioned matter is hereby extended 30 days from the date this Stipulation is so ordered by the Court. There has been no previous request for an extension of time. Defendant reserves all defenses to this action, except waive as to service of the initial Complaint.

IT IS FURTHER STIPULATED AND AGREED, this stipulation may be signed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

Joseph & Norinsberg, LLC
*Plaintiff's Counsel*:

_____
Jon L. Norinsberg, Esq.
Bennitta Lisa Joseph, Esq.
Joseph & Norinsberg, LLC
110 East 59th St., Suite 3200
New York, NY 10022
Ph#: 212-227-5700
Fx#: 212-406-6892

Dated: April 2, 2024

SO ORDERED:

*[signature: Vernon Broderick]*_____ U.S.D.J.

Dated:  April 8, 2024

Law Offices of Michael Chong, LLC
*Defendant's Counsel*:

*[signature: Michael K. Chong]*
Michael K. Chong, Esq.

2 Executive Drive, Suite 204
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 16.