UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTOPHER PAGAN, *on behalf of himself* :
*and all others similarly situated*,                        :
                                                            :
                              Plaintiff,     :    24-CV-104 (VSB)
                                                            :
              -against-                      :    **ORDER**
                                                            :
LUCCELLO, INC., *d/b/a ItsHot.com*,          :
                                                            :
                              Defendant.     :
                                                            :
------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     On April 8, 2024, I endorsed a stipulation between the parties that extended the time for Defendant to answer, move or otherwise respond to the complaint to thirty days from the date of my order. (Doc. 29.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 20, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 10, 2024
            New York, New York

                                                  VERNON S. BRODERICK
                                                  United States District Judge