UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER PAGAN, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

               -against-

LUCCELLO, INC., *d/b/a ItsHot.com*,

                      Defendant.
----------------------------------------------------------- X

24-CV-104 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program for settlement of all claims. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: May 30, 2024
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge